An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC T. DOUGLAS,
Appellant,
vs.
TAMMY DOUGLAS,
Respondent.

No. 63102

**FILED**

JUL 0 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant seeks to challenge a district court order denying a motion for contempt. As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). As we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

10 - 19313

cc: Hon. Bill Henderson, District Judge, Family Court Division
Eric Todd Douglas
Tammy Douglas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A